# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:25-CV-81290-DMM

Plaintiff: **ERIN WILSON, on behalf of herself and others similarly situated**
vs.
Defendant: **NO COST ACA DOS, LLC**

For:
AVI R. KAUFMAN
KAUFMAN P.A.
237 S DIXIE HWY
4TH FLOOR
CORAL GABLES, FL 33133

Received by Caplan, Caplan & Caplan Process Servers on the 22nd day of October, 2025 at 12:56 pm to be served on **NO COST ACA DOS, LLC C/O ROBERT GINBERG, AS REGISTERED AGENT, 11128 GLEN ORCHARD LANE, BOYNTON BEACH, FL 33473**

I, Erick Maillard, do hereby affirm that on the **18th day of November, 2025** at **8:25 am, I:**

Served a **Limited Liability Company** by delivering a true copy of the **SUMMONS, LETTER, COMPLAINT AND JURY TRIAL DEMANDED** with the date, hour and initials of process server endorsed thereon by me, to: **LESLIE GINBERG** as **WIFE/CO-RESIDENT OF THE REGISTERED AGENT** for **NO COST ACA DOS, LLC**, at the address of: **11128 GLEN ORCHARD LANE, BOYNTON BEACH, FL 33473**, and informed said person of the contents therein, in compliance with F.S. 48.062 (4).  Service was made on an individual, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with F.S. 48.081(5)(a), F.S. 48.031.

 Under penalty of perjury, I swear or affirm, pursuant to Fla.Stat.92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers
351 SW 136th Avenue
Suite 207
Davie, FL 33325
(305) 374-3426**

Our Job Serial Number: CPN-2025039461
Service Fee: _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> NO COST ACA DOS, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 9:25-cv-81290-DMM |

40

## SUMMONS IN A CIVIL ACTION

```
DELIVERED 11/18/2025 8:25 AM
SERVER      EM
LICENSE     907
```

To: *(Defendant's name and address)*   No Cost ACA DOS, LLC
c/o Robert Ginberg
11128 Glen Orchard Lane
Boynton Beach, FL 33473

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Avi R. Kaufman
kaufman@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 20, 2025

s/ S.Carlson
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

DONT E-FILE

39441