**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| ERIN WILSON, individually and on behalf of all others similarly situated, | : : : | CASE NO. 9:25-cv-81290-DMM |
| Plaintiff, | : : | CLASS ACTION |
| v. | : : | |
| NO COST ACA DOS, LLC, | : : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Wilson hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: December 4, 2025

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the proposed class*